| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FAIRCHILD, THOMAS E | 2. Court or Organization<br><br>US COURT OF APPEALS 7TH CIR. | 3. Date of Report<br><br>4/16/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE, SENIOR | 5. Report Type (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>560 UNITED STATES COURTHOUSE<br><br>120 NORTH HENRY STREET<br><br>MADISON, WISCONSIN 53703 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Council until 5/12/03; became "emeritus" & non-voting that date | American Law Institute |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | None, except for statutory retirement benefits as a retired employee of the State of Wisconsin, disclosed under III |

RECEIVED 2004 MAY -3 A 11: 24 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FAIRCHILD, THOMAS E | 4/16/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Pension-State of WI, Dept. of Employee Trust Funds | $8,456.60 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE    - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Standard Club of Chicago | I continue to be an honorary member of the Standard Club of Chicago (cont. Part VII) | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M & I Bank of Southern Wisconsin | A | Interest | K | T | | | | | |
| 2. Univ. of WI Credit Union Checking | A | Interest | K | T | | | | | |
| 3. Univ. of WI Credit Union, Investor's M/M | A | Dividend | K | T | | | | | |
| 4. Farm Enterprise, OR. 8/27/79 $138,526 | C | Rent* | M | R | | | | | |
| 5. Addition to Farm, Adjoining Land 8/1/91 $82,000 | | | L | R | | | | | |
| 6. Addition to Farm House '83-98, cost $82,428 | | | L | R | | | | | |
| 7. Pipeline and Other Improvements | | | J | W | | | | | |
| 8. Share of Personal Property | | | J | W | | | | | |
| 9. Calves | | | | | Sell | 08/05 | J | ** | Cook Livestock |
| 10. Calves | | | | | Sell | 08/20 | J | ** | Cook Livestock |
| 11. Yearlings | | | | | Sell | 12/22 | J | ** | Cook Livestock |
| 12. 1/2 share, farm Blue Mounds, WI 12/17/80 $49,500 | C | Rent*** | K | R | | | | | |
| 13. 1/2 share addition 8/19/91 $13,500 | | | J | R | | | | | |
| 14. Undivided 1/5 Share of Farmland, Lowell, IN | B | Rent | L | W | | | | | |
| 15. Sarasota County Bond | A | Interest | J | T | | | | | |
| 16. Strong Money Mkt. Fund, Milwaukee, WI | A | Dividend | L | T | | | | | |
| 17. MFS Muni Bond Fund Shares | A | Dividend | J | T | | | | | |
| 18. City of Madison Monona Terrace Bond | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Community Bank | A | Interest | J | T | | | | | |
| 20. Illinois Health Fac. Bond - Fairview | A | Interest | J | T | | | | | |
| 21. Baron Asset Fund | | None | K | T | | | | | |
| 22. Harbor Capital App. Fund | A | Dividend | K | T | | | | | |
| 23. Strong Opportunity Fund | | None | K | T | | | | | |
| 24. Strong Growth Fund | | None | J | T | | | | | |
| 25. Vanguard Index Fund | A | Dividend | J | T | | | | | |
| 26. International Focus (Formerly Credit Suisse) | A | Dividend | J | T | | | | | |
| 27. Artisan Funds - Intnl. | A | Dividend | J | T | | | | | |
| 28. Illinois Health Facilities - Beacon Bond | A | Interest | J | T | | | | | |
| 29. Wis. Educ. City Rehab., Oshkosh Bond | A | Interest | | | Redemp | 03/03 | J | | Issuer |
| 30. Wis. Rev. Masonic Village Bond | A | Interest | | | Redemp | 11/13 | J | | Issuer |
| 31. Wauwatosa RDA Bond | A | Interest | J | T | | | | | |
| 32. Carlton Cove Bond, Huntsville, AL | A | Interest | J | T | | | | | |
| 33. Chartiers Valley, PA Bond | A | Interest | J | T | Partial Rede | 12/03 | J | | Issuer |
| 34. N.J. Economic Development Authority Bond | A | Interest | J | T | | | | | |
| 35. Ill. HFA Chestnut Square Glen Bond | A | Interest | J | T | | | | | |
| 36. Wis. HEFA United Bond | A | Interest | J | T | Buy | 03/13 | | | U.S. Bancorp |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Onalaska CDA Bond | | None | J | T | Buy | 11/12 | | | U.S. Bancorp |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FAIRCHILD, THOMAS E. | 4/16/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

(cont. from Part V. Gifts) . . . And paid dues of $125. I made no use of the privileges in 2003.

(Explanation for Part VII. Investments and Trusts Footnotes)

\*    Line 4 applies to lines 4 through 11.
\*\*   Gain included in farm income.
\*\*\*  Rent in line 11 includes line 12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____4/16/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544